IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANYELLE TYLER, *individually and on behalf of her deceased mother, Jeanne Cooley,* GRANT COOLEY, *individually and on behalf of his deceased mother, Jeanne Cooley*, PAULA KELLY, *individually and on behalf of her deceased mother, Jeanne Cooley*, KIMBERLY COOLEY-WILSON, *individually and on behalf of her deceased mother, Jeanne Cooley*, and SHANNON COOLEY-JACKSON, *individually and on behalf of her deceased mother, Jeanne Cooley*,<br><br>Plaintiffs,<br><br>v.<br><br>ST. ELIZABETH'S HOSPITAL OF THE THIRD ORDER OF ST. FRANCIS, *d/b/a St. Elizabeth's Hospital*,<br><br>Defendant. | Case No. 3:18-cv-01179-JPG-RJD |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED:  November 19, 2018

                                      **MARGARET M. ROBERTIE,**
                                      **Clerk of Court**

                                      BY:   s/Tina Gray
                                                   **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**